Form summons (09/2018)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Gary Rosenthal,

        Debtor(s).

Case No. 24–12397–CMA

**Adv. Proc. No. 25–01010–CMA**

(ALL DOCUMENTS REGARDING THIS MATTER **MUST** BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

Gary Rosenthal,

        Plaintiff(s),

v.

NewRez LLC, Buda Hill LLC, Eastside Funding LLC

        Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. A copy of the complaint is attached to this summons.

Address of Clerk:

    U.S. Bankruptcy Court
    700 Stewart St, Room 6301
    Seattle, WA 98101

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney (or Plaintiff if not represented by an attorney).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by an attorney):

    Christina L Henry
    Devlin Law Firm LLC
    6100 219th St SW Ste 480
    PMB 398
    Mountlake Terrace, WA 98043–2222

If you file a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A FINAL JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Gina Zadra Walton
Clerk, U.S. Bankruptcy Court

**Date of Issuance: February 3, 2025**

*Summons must be served within 7 days of date of issuance, <u>Fed. R. Bankr. P. 7004(e).</u> Plaintiff shall file a certificate of service within 14 days after service has been effected. <u>Local Rule W.D. Wash. Bankr. 7004−1.</u>*

**Additional Information**

<u>Mediation</u>: <u>Local Bankruptcy Rule 9040−3</u> requires all parties to an adversary proceedings to file a Mediation Certification certifying that they have considered mediation to resolve their dispute. The form of Mediation Certification accompanies this summons and is to be served by the plaintiff on all defendants. See the court's website, <u>www.wawb.uscourts.gov</u>, Thomas T. Glover Mediation Program, for additional forms and information on the court's mediation program.

**NOTICE OF PRETRIAL CONFERENCE (Judge Christopher M Alston)**

**YOU ARE NOTIFIED** that, pursuant to Fed. R. Civ. P. 16(a) and Fed. R. Bankr. P. 7016(a), a pretrial conference of the proceeding commenced by the filing of the complaint in the above−captioned matter will be held at the following date and time:

**Date and Time: April 3, 2025 09:00 AM**
**Location: U.S. Courthouse, Room 7206, 700 Stewart Street, Seattle, WA 98101**

<u>Instructions:</u>
Dial: 1−855−244−8681
Enter Meeting Number: 2305 485 6288
Press the # sign
Press # when asked to enter the Attendee ID
Be prepared to give your First and Last name after joining the call

**Please follow these guidelines when participating in a teleconference:**

− Use a land line phone and not a cell phone if possible.
− Make the call from a quiet area where background noise is minimal.
− Wait until the judge calls your case before speaking.
− Do not put the phone on hold at any time after the call is connected.
− In the event you are unable to connect to the conference call after following the above procedures, please contact the judge's chambers at 206−370−5330.

<u>Scope of Pretrial Conference:</u> At the pretrial conference, the parties should be prepared to discuss (1) the timing of trial, (2) discovery deadlines, and (3) the authority of the bankruptcy court to enter a final adjudication on all matters encompassed in the lawsuit.

<u>Initial Disclosures:</u> All parties shall make the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) and Federal Rule of Bankruptcy Procedure 7026 no later than five (5) days prior to the pretrial conference.

<u>Consent to Entry of Final Adjudication:</u> Each party shall comply with the requirements of Federal Rules of Bankruptcy Procedure 7008 and 7012(b). Each party shall also comply with Local Bankruptcy Rule 7012−1 by filing a Notice Regarding Final Adjudication and Consent containing all of the information required by Local Bankruptcy Rule 7012−1(a) with its initial pleading. As set forth in Local Bankruptcy Rule 7012−1(c), failure of a party to file a Notice Regarding Final Adjudication and Consent by the deadline shall constitute that party's consent to entry of final orders or judgments by the bankruptcy judge.

ADR Form 1 (12/2011)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington

In Re:

Gary Rosenthal,

    Debtor(s).

_____

Case Number: 24–12397–CMA

**Adversary Case Number: 25–01010–CMA**

Gary Rosenthal,

    Plaintiff(s),

v.

NewRez LLC, Buda Hill LLC, Eastside Funding LLC

    Defendant(s).

---

## MEDIATION CERTIFICATION

Pursuant to Local Bankruptcy Rule 9040–3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit any of them.

Dated: _____  
_____  
Signature of Plaintiff/Cross Plaintiff  
Printed Name: _____

Dated: _____  
_____  
Signature of Counsel for Plaintiff/Cross Plaintiff  
Printed Name: _____

Dated: _____  
_____  
Signature of Defendant/Cross Defendant  
Printed Name: _____

Dated: _____  
_____  
Signature of Counsel for Defendant/Cross Defendant  
Printed Name: _____

*NOTE: This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*

**The completed Certification must be filed with the court electronically or by mailing a paper copy to the Clerk of the Bankruptcy Court, 700 Stewart St., Room 6301, Seattle, WA 98101.**